NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MOMENTA PHARMACEUTICALS, INC.,**
*Plaintiff-Appellee,*

**AND**

**SANDOZ, INC.,**
*Plaintiff-Appellee,*

**v.**

**AMPHASTAR PHARMACEUTICALS, INC.,
INTERNATIONAL MEDICATION SYSTEMS, LTD.,
WATSON PHARMACEUTICALS, INC., AND WATSON
PHARMA, INC.,**
*Defendants-Appellants.*

---

2012-1062, -xxxx, -xxxx

---

Appeals from the United States District Court for the District of Massachusetts in case no. 11-CV-11681, Judge Nathanial M. Gorton.

---

**ON MOTION**

---

**O R D E R**

Momenta Pharmaceuticals, Inc. et al. (Momenta) move to strike evidence that the appellants submitted with their reply to the motion for a stay of the injunction. The appellants oppose the motion to strike. Momenta replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to strike is deferred for consideration by the merits panel assigned to hear this case. Copies of this order, the motion, the opposition, and the reply shall be transmitted to the merits panel.

FOR THE COURT

__DEC 0 6 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Patricia A. Millett, Esq.
    Thomas P. Steindler, Esq.
    Robert S. Frank, Jr., Esq.

s8

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

DEC 0 6 2011

JAN HORBALY
CLERK